# United States Court of Appeals
# for the Fifth Circuit

————————

No. 22-50513
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
February 23, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Patricia De La Pena,

*Defendant—Appellant*.

————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:22-CR-40-2

————————————————————

Before Jones, Haynes, and Oldham, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Patricia De La Pena has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). De La Pena has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur

————————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-50513

with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.